| | | |
|---|---|---|
| James T. Grogan<br>BLANK ROME LLP<br>717 Texas Avenue, Suite 1400<br>Houston, TX 77002<br>T: 713.632.8652<br>F: 713.583.5864 | and | Keith M. Aurzada<br>Michael P. Cooley<br>Lindsey L. Robin<br>BRYAN CAVE LEIGHTON PAISNER LLP<br>2220 Ross Avenue, Suite 3300<br>Dallas, TX 75201<br>T: 214.721.8000<br>F: 214.721.8100 |
| *Counsel for Vanguard Operating, LLC* | | *Counsel for Park County Treasurer* |

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Vanguard Natural Resources, LLC, et al., | § § § | Case No. 17-30560 |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |
| Vanguard Operating, LLC, | § § | |
| Plaintiff, | § § | |
| vs. | § § | Adv. Proc. No. 18-03249 |
| Park County Treasurer, Wyoming, | § § § | |
| Defendant. | § § | |

## STIPULATION FOR EXTENSION OF TIME
## TO RESPOND TO COMPLAINT

Plaintiff Vanguard Operating, LLC ("**Plaintiff**"), by and through its undersigned counsel, and Defendant Park County Treasurer ("**Defendant**" and, together with Plaintiff, the "**Parties**"), by and through its undersigned counsel, hereby agree and stipulate to the following:

**WHEREAS**, on August 15, 2018, Plaintiff filed its Complaint against Defendant; and

---
STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT                                         PAGE 1

**WHEREAS**, the Parties have agreed to extend the initial date by which Defendant is required to move, answer, or otherwise respond with respect to the Complaint as set forth herein.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED** by and between the undersigned counsel for the Parties that the time for Defendant to move, answer, or otherwise respond (the "**Response Date**") to the Complaint shall be extended through **Friday, October 19, 2018**.

**IT IS FURTHER STIPULATED AND AGREED** that this stipulation is without prejudice to an application, or additional stipulation by the Parties, for further extensions.

Dated: September 12, 2018                              Dated:  September 12, 2018


 _/s/ James T. Grogan_                                   _/s/  Keith M. Aurzada_
James T. Grogan                                        Keith M. Aurzada
BLANK ROME LLP                                         Michael P. Cooley
717 Texas Avenue, Suite 1400                           Lindsey L. Robin
Houston, TX 77002                                      BRYAN CAVE LEIGHTON PAISNER LLP
T: 713.632.8652                                        2220 Ross Avenue,
F: 713.583.5864                                        Suite 3300
                                                       Dallas, TX  75201
                                                       T: 214.721.8000
                                                       F: 214.721.8100


*Counsel for Vanguard*                                 *Counsel for Park County*
*Operating, LLC*                                       *Treasurer*