IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § | |
| § | Chapter 11 |
| VANGUARD NATURAL § | |
| RESOURCES, LLC, *et al.,* § | Case No. 17-30560 |
| § | |
| Reorganized § | (Jointly Administered) |
| Debtors. § | |
| § | |
| Vanguard Operating, LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | |
| Sublette County Treasurer, Wyoming § | Adv. No. 18-03244 |
| Natrona County Treasurer, Wyoming § | Adv. No. 18-03245 |
| Campbell County Treasurer § | Adv. No. 18-03246 |
| Johnson County Treasurer, Wyoming § | Adv. No. 18-03247 |
| Carbon County Treasurer, Wyoming § | Adv. No. 18-03248 |
| Park County Treasurer, Wyoming § | Adv. No. 18-03249 |
| Sweetwater County Treasurer, § | Adv. No. 18-03250 |
| Wyoming § | |
| § | |
| Defendants. § | |

**UNOPPOSED MOTION FOR CONTINUANCE**

Defendants by and through the undersigned counsel moves for a continuance of the scheduling conference previously scheduled for November 26, 2018 at 3:00 p.m. (prevailing Central Time) in each of the above-referenced adversary proceedings, and would state as follows:

1. On August 22, 2018, the Court entered a scheduling order in each of the above-captioned adversary proceedings setting a pretrial conference for November 6, 2018 at 1:30 p.m.

2. Subsequently, on October 31, 2018, the scheduling conference was reset to November 26, 2018 at 3:00 p.m.

1

3. Since then, it has come to the attention of Defendants' counsel that the investiture of the newest bankruptcy judge to the Northern District of Texas, Judge-Select Lee Morris, is scheduled for the same afternoon as the upcoming scheduling conference in this case. Accordingly, Defendants request a brief continuance of the scheduling conference to December 12, 2018, to permit counsel to attend the investiture.

4. The undersigned counsel has conferred with counsel for the Plaintiff and is informed that Plaintiff does not oppose the requested continuance.

5. This motion is not sought for delay only, but so that justice may be served.

WHEREFORE, Defendants request that the scheduling conference be rescheduled for December 12, 2018 at 1:30 p.m. (prevailing Central Time).

Dated: November 8, 2018.			Respectfully submitted,

>				By: /s/ Michael P. Cooley
>				Keith M. Aurzada
>				Michael P. Cooley
>				Lindsey L. Robin
>				BRYAN CAVE LEIGHTON PAISNER LLP
>				2220 Ross Avenue, Suite 3300
>				Dallas, TX  75201
>				T: 214.721.8000
>				F: 214.721.8100
>				keith.aurzada@bclplaw.com
>				michael.cooley@bclplaw.com
>				lindsey.robin@bclplaw.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on November 8, 2018, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas upon each party registered to receive ECF notices in the above-captioned adversary proceedings.

>				/s/ Michael P. Cooley
>				Michael P. Cooley