UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Vanguard Natural Resources, LLC, et al., | § § § | Case No. 17-30560 |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |
| Vanguard Operating, LLC, | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| Natrona County Treasurer, Wyoming | § | Adv. Proc. No. 18-03245 |
| Carbon County Treasurer, Wyoming | § | Adv. Proc. No. 18-03248 |
| Park County Treasurer, Wyoming | § | Adv. Proc. No. 18-03249 |
| Sweetwater County Treasurer, Wyoming | § | Adv. Proc. No. 18-03250 |
| Defendants. | § | |

**JOINT STIPULATION TO EXTEND DEADLINE
TO FILE SUMMARY JUDGMENT AND OTHER MOTIONS**

**WHEREAS**, certain briefing deadlines were extended in related adversary proceedings filed by Vanguard Operating, LLC, against each of the Treasurer of Sublette County (Adv. No. 18-03244), the Treasurer of Johnson County (Adv. No. 18-03247) and the Board of Campbell County Commissioners (Adv. No. 18-03246), as stated on the record in a hearing on January 31, 2019; and

**WHEREAS**, Plaintiff Vanguard Operating, LLC, and Defendants Natrona County Treasurer, Carbon County Treasurer, Park County Treasurer, and Sweetwater County Treasurer (collectively, the "*Parties*") agree that the same deadlines should be applicable in their respective adversary proceedings;

**NOW, THEREFORE**, the Parties hereby stipulate and agree as follows:

1. The deadline for Plaintiff and each Defendant to file motions for summary judgment and any motions to vacate or other motions pertaining to the matters discussed at the January 31 hearing is hereby extended through and including **February 21, 2019**.

2. The deadline for Plaintiff and each Defendant to file responses to any of the foregoing motions is **March 14, 2019**.

3. Any motions for summary judgment or other motions filed under the foregoing schedule shall be set for hearing **March 19, 2019, at 3:00 pm**.

Dated: February 1, 2019

| **Blank Rome LLP** | **Bryan Cave Leighton Paisner LLP** |
|---|---|
| /s/  James T. Grogan | /s/  Michael P . Cooley |
| James T. Grogan | Keith M. Aurzada |
| 717 Texas Avenue | Michael P. Cooley |
| Houston, TX  77002 | Lindsey L. Robin |
| T: 713.228.6601 | 2200 Ross Avenue, Suite 3300 |
| F: 713.228.6605 | Dallas, TX  75201 |
| Matthew E. Kaslow | T: 214.721.8000 |
| One Logan Square | F: 214.721.8100 |
| 130 North 18th Street | |
| Philadelphia, PA 19103 | |
| T: 215.569.5500 | |
| F: 215.569.5555 | |
| | |
| *Counsel for Vanguard Operating, LLC* | *Counsel for Defendants* |