IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Grizzly Operating, LLC, *et al.*, | § | Case No. 17-30560 |
| | § | |
| Reorganized Debtors. | § | Jointly Administered |
| | § | |
| Grizzly Operating, LLC f/k/a Vanguard Operating, LLC, | § § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| Sublette Co. Treasurer, Wyoming | § | Adv. No. 18-03244 |
| Natrona Co. Treasurer, Wyoming | § | Adv. No. 18-03245 |
| Johnson Co. Treasurer, Wyoming | § | Adv. No. 18-03247 |
| Carbon Co. Treasurer, Wyoming | § | Adv. No. 18-03248 |
| Park Co. Treasurer, Wyoming | § | Adv. No. 18-03249 |
| Sweetwater Co. Treasurer, Wyoming | § | Adv. No. 18-03250 |
| Board of Commissioners of Campbell Co., Wyoming | § | Adv. No. 18-03246 |
| Defendants. | § | |

## MEDIATORS STATEMENT REGARDING MEDIATION BETWEEN GRIZZLY OPERATING, LLC AND WYOMING COUNTIES

On Thursday July 22, 2021, Grizzly Operating, LLC, the Board of Commissioners of Campbell County, Wyoming, Carbon County Treasurer, Wyoming, Johnson County Treasurer, Wyoming, Natrona County Treasurer, Wyoming, Park County Treasurer, Wyoming, Sublette County Treasurer, Wyoming, and Sweetwater County Treasurer, Wyoming (the "Counties") (collectively with Grizzly Operating, LLC, the "Parties") mediated their disputes pending in the bankruptcy proceedings of Vanguard Natural Resources, LLC and its affiliates (Bankr. S.D. Tex. 17-30560) and Vanguard Natural Resources, Inc. and its affiliates (Bankr. S.D. Tex. 19-30786) before me, retired United States Bankruptcy Judge Kevin Gross.

The Parties negotiated in good faith and have reached a settlement in principle. The Parties are documenting their settlement agreement, which will then be subject to a ratification vote by each of the Counties' Board of Commissioners and execution by the Parties.

Dated: July 27, 2021

        Respectfully Submitted,

        */s/ Kevin Gross*
        Kevin Gross
        **Richards Layton & Finger, P.A.**
        One Rodney Square
        920 North King Street
        Wilmington, Delaware 19801
        Telephone: (302) 651-7700
        Facsimile: (302) 651-7701
        E-mail: gross@rlf.com

**FORM OF STATEMENT AGREED TO BY:**

| | |
|---|---|
| */s/ James T. Grogan* | */s/ Keith M. Aurzada* |
| **PAUL HASTINGS LLP** | **REED SMITH LLP** |
| James T. Grogan III | Keith M. Aurzada |
| (TX Bar No. 24027354) | (TX Bar No. 24009980) |
| Avram E. Luft | Michael P. Cooley |
| (Admitted *Pro Hac Vice*) | (TX Bar No. 24034388) |
| Broocks 'Mack' Wilson | Brian C. Mitchell |
| (TX Bar No. 24102655) | (TX Bar No. 24046452) |
| 600 Travis Street, Fifty-Eighth Floor | 2850 N. Harwood Street, Suite 1500 |
| Houston, Texas 77002 | Dallas, Texas 75201 |
| Telephone: (713) 860-7300 | Telephone: (469) 680-4200 |
| Facsimile: (713) 353-3100 | Facsimile: (469) 680-4299 |
| Email: jamesgrogan@paulhastings.com | Email: kaurzada@reedsmith.com |
|    aviluft@paulhastings.com |    mpcooley@reedsmith.com |
|    mackwilson@paulhastings.com |    bmitchell@reedsmith.com |
| *Counsel to Plaintiff Grizzly Operating LLC, f/k/a Vanguard Operating LLC* | *Counsel for Defendants Campbell County Board of Commissioners, Carbon County Treasurer, Johnson County Treasurer, Natrona County Treasurer, Park County Treasurer, Sublette County Treasurer, and Sweetwater County Treasurer* |