IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: § | | Chapter 11 |
| § | | |
| Vanguard Natural Resources, LLC, § | | Case No. 17-30560 |
| § | | |
|     Reorganized Debtor. § | | |
| § | | |
| § | | |
| Grizzly Operating, LLC f/k/a § | | |
| Vanguard Operating, LLC, § | | |
|     Plaintiff, § | | |
| § | | |
| vs. § | | |
| § | | |
| Sublette Co. Treasurer, Wyoming § | | Adv. No. 18-03244 |
| Natrona Co. Treasurer, Wyoming § | | Adv. No. 18-03245 |
| Johnson Co. Treasurer, Wyoming § | | Adv. No. 18-03247 |
| Carbon Co. Treasurer, Wyoming § | | Adv. No. 18-03248 |
| Park Co. Treasurer, Wyoming § | | Adv. No. 18-03249 |
| Sweetwater Co. Treasurer, Wyoming § | | Adv. No. 18-03250 |
| Board of Commissioners of Campbell Co., § | | Adv. No. 18-03246 |
| Wyoming § | | |
| § | | |
|     Defendants. § | | |

**STIPULATION OF DISMISSAL**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1) and (c), applicable here through Federal Rule of Bankruptcy Procedure 7041, and the Settlement Agreement between all of the parties in the above captioned adversary proceedings effective August 17, 2021, each of the parties in the above captioned adversary proceedings stipulate to the **dismissal of all claims and counterclaims asserted in these adversary proceedings with prejudice, and with each party to bear its own costs and attorneys' fees**.

Dated: August 31, 2021

Respectfully Submitted,

*/s/ James T. Grogan*
James T. Grogan III (TX Bar No. 24027354)
Broocks M. Wilson (TX Bar No. 24102655)
**PAUL HASTINGS LLP**
600 Travis Street, Fifty-Eighth Floor
Houston, Texas 77002
Telephone: (713) 860-7300
Facsimile: (713) 353-3100
jamesgrogan@paulhastings.com
mackwilson@paulhastings.com

*Counsel to Grizzly Operating, LLC*

- and -

*/s/ Keith M. Aurzada*
Keith M. Aurzada (TX Bar No. 24009980)
Michael P. Cooley (TX Bar No. 24034388)
Brian C. Mitchell (TX Bar No. 24046452)
**REED SMITH LLP**
Keith M. Aurzada
2850 N. Harwood Street, Suite 1500
Dallas, Texas 75201
Telephone: (469) 680-4200
Facsimile: (469) 680-4299
kaurzada@reedsmith.com
mpcooley@reedsmith.com
bmitchell@reedsmith.com

*Counsel to Sublette Co. Treasurer, Wyoming; Natrona Co. Treasurer, Wyoming; Johnson Co. Treasurer, Wyoming; Carbon Co. Treasurer, Wyoming; Park Co. Treasurer, Wyoming; Sweetwater Co. Treasurer, Wyoming; and Board of Commissioners of Campbell Co., Wyoming*